UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. RICHARD HORN, an individual and as Trustee of the Richard M. Horn Trust Dated June 16, 2003, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>           Defendant. | Case No. 3:12-cv-1718-GPC-BLM<br><br>**ORDER GRANTING EX PARTE APPLICATION TO HEAR PLAINTIFF'S MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF PRIOR TO MAY 10, 2013**<br><br>[ECF NO. 27] |

Having considered Plaintiff's Ex Parte Application to Hear Plaintiff's Motion for Declaratory and Injunctive Relief Prior to May 10, 2013, and Defendant's opposition thereto, the Court hereby **GRANTS** the Ex Parte Application.  However, in addition to expediting the hearing on Plaintiff's Motion for Declaratory and Injunctive Relief, the Court will also expedite the hearing on Defendant's Motion to Dismiss.  Accordingly, the Court sets a hearing on Plaintiff's Motion for Declaratory and Injunctive Relief, (ECF No. 26) – along with Defendant's Motion to Dismiss, (ECF No. 25) – for **April 12, 2013, at 1:30 p.m.**  The response deadline for both motions, currently **March 12, 2013**, remains the same.  Any replies, however, shall now be due on **March 19, 2013**.

    **SO ORDERED**.

DATED: March 4, 2013

*[signature]*
HON. GONZALO P. CURIEL
United States District Judge