PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
CARL ALAN ROTH (SBN 151517)
carl.roth@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000 / Facsimile: (213) 687-5600

*Attorneys for Defendant Bank of America, N.A.*

MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Tel.: (213) 417-5100
Fax: (213) 488-1178

*Attorneys for Plaintiff RICHARD M. HORN
and all others similarly situated*

*Additional counsel listed on following page.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. HORN, an individual and as Trustee of the Richard M. Horn Trust Dated June 16, 2003, on behalf of himself and all others similarly situated,,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., a National Banking Association,,<br><br>　　　　　　Defendant. | Case No.: 12 CV1718 CAB BLM<br><br>JOINT STIPULATION CONTINUING HEARING TO ACCOMMODATE SETTLEMENT DISCUSSIONS AND/OR MEDIATION<br><br>Hon. Gonzalo P. Curiel<br><br>Assigned to Magistrate Judge Barbara Lynn<br><br>Date: April 12, 2013<br>Time: 1:30 p.m.<br>Courtroom: 2D |

1 | MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
2 | 18101 Von Karman Avenue, Suite 1940
Irvine, California 92612
3 | Tel.: (949) 435-3888
Fax: (949) 435 3801
4
LAW OFFICE OF JEFFREY D. POINDEXTER
5 | Jeffrey D. Poindexter, Esq. (SBN 167854)
2580 Catamaran Way
6 | Chula Vista, CA 91914
Tel.: (619) 271-2382
7
*Attorneys for Plaintiff RICHARD M. HORN*
8 | *and all others similarly situated*

# JOINT STIPULATION CONTINUING HEARING TO ACCOMMODATE MEDIATION

WHEREAS, the parties conducted productive settlement discussions on April 8, 2013;

WHEREAS, there is currently scheduled before the Court for hearing on April 12, 2013 (1) defendant Bank of America, N.A. ("BANA") motion to dismiss plaintiffs' complaint and (2) plaintiffs' Richard Horn's and Maria Gurevich's motion for declaratory judgment and/or injunctive relief.

WHEREAS the April 12 hearing date was set by the Court's March 4, 2013 Order granting plaintiffs' Ex Parte Motion to Hear Plaintiff's Motion for Declaratory and Injunctive Relief Prior to May 10, 2013" (See Document 30).

WHEREAS although plaintiffs remain deeply concerned about the three-year statute of limitations for filing amended tax returns imposed by IRC Section 6501(a) and the passing of that statute for the 2009 tax-year, the seriousness of the settlement discussions that the parties engaged in on April 8, 2013 has led plaintiffs to the belief that there is a real chance of reaching a resolution of this case with BANA. For this reason, plaintiffs believe that notwithstanding the statute of limitations issue, a continuance of the hearing on plaintiffs' injunction motion (and BANA's motion to dismiss) is in the best interest of the class.

WHEREAS, plaintiffs, to facilitate a potential resolution, have made certain information requests of Bank of America, N.A. ("BANA") as to putative class size and amounts of allegedly deferred interest that has not been reported on customer 1098s which require adequate time for BANA to consider and/or to respond to;

WHEREAS, BANA management needs time to evaluate the potential settlement framework that was discussed among counsel on April 8, 2013;

WHEREAS, the parties therefore need additional time to continue settlement discussions without altering the status quo in terms of the case as it currently is

1  postured or incurring significant litigation expenses;

2  WHEREAS, the parties seek to open a window of time in which to allow
3  BANA to respond to plaintiffs' information requests and for the parties to continue
4  their settlement discussions;

5  WHEREAS, the parties also have discussed commencing a private mediation to
6  facilitate a potential resolution;

7  WHEREAS, the parties will be represented at any mediation by outside counsel
8  and persons with settlement authority will attend;

9  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
10 parties hereto, through their undersigned counsel, that:

11 With the Court's approval, the parties agree that the hearing on BANA's Motion
12 to Dismiss the First Amended Complaint, or in the Alternative, Stay the Action and
13 Plaintiffs' Motion for Declaratory and Injunction Relief currently scheduled for April
14 12, 2013 should be continued for 60 days to June 14, 2013 to permit adequate time for
15 BANA to respond to Plaintiffs and for the parties to continue settlement negotiations
16 with the assistance of a private mediator as needed;

1  IT IS SO STIPULATED.

2

3  DATED: April 10, 2013

4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

5  By: _____*/s/ Peter B. Morrison*_____
6  Peter B. Morrison
   Attorneys for Defendant Bank of America, N.A.

7

8  MORRIS POLICH & PURDY LLP

9

10  By: _____*/s/ David J. Vendler*_____
    David J. Vendler
11  Attorneys for Plaintiffs and all others similarly situated

12  MICHAEL R. BROWN, APC

13  By: _____*/s/ Michael R. Brown*_____
    Michael R. Brown
14  Attorneys for Plaintiffs and all others similarly situated

15  LAW OFFICE OF JEFFREY D. POINDEXTER

16  By: _____*/s/ Jeffrey D. Poindexter*_____
    Jeffrey D. Poindexter
17  Attorneys for Plaintiffs and all others similarly situated

18

19

20

21

22

23

24

25

26

27

28