PETER B. MORRISON (SBN 230148)
peter.morrison@skadden.com
CARL ALAN ROTH (SBN 151517)
carl.roth@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone: (213) 687-5000 / Facsimile: (213) 687-5600

*Attorneys for Defendant Bank of America, N.A.*

MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Tel.: (213) 417-5100
Fax: (213) 488-1178

*Attorneys for Plaintiff RICHARD M. HORN and all others similarly situated*

*Additional counsel listed on following page.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. HORN, an individual and as trustee of the Richard M. Horn Trust dated June 16, 2003, and MARIA GUREVICH, fka Mary Bordetsky, an individual, on behalf of themselves, and on behalf of the class of all others similarly situated. | CASE NO.: 12 CV1718 GPC BLM |
| | JOINT STATUS REPORT PURSUANT TO MAY 31, 2013, ORDER |
| Plaintiff, | Hon. Gonzalo P. Curiel |
| v. | Assigned to: Magistrate Judge Barbara Lynn Major |
| BANK OF AMERICA, N.A., a national banking association. | |
| Defendant. | |

i

1  MICHAEL R. BROWN, APC
   Michael R. Brown, Esq. (SBN 65324)
2  18101 Von Karman Avenue, Suite 1940
   Irvine, California 92612
3  Tel.: (949) 435-3888
   Fax: (949) 435 3801
4
5  LAW OFFICE OF JEFFREY D. POINDEXTER
   Jeffrey D. Poindexter, Esq. (SBN 167854)
   2580 Catamaran Way
6  Chula Vista, CA 91914
   Tel.: (619) 271-2382
7
   *Attorneys for Plaintiff RICHARD M. HORN*
8  *and all others similarly situated*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT PURSUANT TO MAY 31, 2013, ORDER

(12CV1718)

| | |
|---|---|
| 1 | Plaintiffs Richard M. Horn and Maria Gurevich and Defendant Bank of America, |

Plaintiffs Richard M. Horn and Maria Gurevich and Defendant Bank of America, N.A., by their respective undersigned counsel, respectfully submit this joint status report pursuant to this Court's May 31, 2013, Order, asking whether the parties wish to proceed with the June 14, 2013, hearing on Plaintiffs' motion for declaratory and injunctive relief and on Defendant's motion to dismiss.

The parties report that on May 29, 2013, the parties conducted a mediation session before JAMS' mediator, retired Justice John K. Trotter.  The parties made progress toward reaching a potential settlement and have scheduled additional mediation sessions for June 10 and 24.

Given that the parties continue to explore a potential settlement through mediation, the parties are filing concurrently herewith a joint motion requesting that the Court reschedule the hearing on the parties' respective motions for Friday, July 19, 2013.

DATED: June 4, 2013

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:     */s/ Peter B. Morrison*
         Peter B. Morrison
Attorneys for Defendant Bank of America, N.A.

MORRIS POLICH & PURDY LLP

By:     */s/ David J. Vendler*
         David J. Vendler
Attorneys for Plaintiffs and all others similarly situated

MICHAEL R. BROWN, APC

By:     */s/ Michael R. Brown*
         Michael R. Brown
Attorneys for Plaintiffs and all others similarly situated

LAW OFFICE OF JEFFREY D. POINDEXTER

By:     */s/ Jeffrey D. Poindexter*
         Jeffrey D. Poindexter
Attorneys for Plaintiffs and all others similarly situated

1