| | |
|---|---|
| 1 | PETER B. MORRISON (SBN 230148) |
| | peter.morrison@skadden.com |
| 2 | CARL ALAN ROTH (SBN 151517) |
| | carl.roth@skadden.com |
| 3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | 300 South Grand Avenue |
| 4 | Los Angeles, California 90071-3144 |
| | Telephone: (213) 687-5000 / Facsimile: (213) 687-5600 |
| 5 | |
| 6 | *Attorneys for Defendant Bank of America, N.A.* |

MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Tel.: (213) 417-5100
Fax: (213) 488-1178

*Attorneys for Plaintiff RICHARD M. HORN and all others similarly situated*

*Additional counsel listed on following page.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. HORN, an individual and as trustee of the Richard M. Horn Trust dated June 16, 2003, and MARIA GUREVICH, fka Mary Bordetsky, an individual, on behalf of themselves, and on behalf of the class of all others similarly situated. <br><br> Plaintiff, <br><br> v. <br><br> BANK OF AMERICA, N.A., a National Banking Association, <br><br> Defendant. | Case No.: 12 CV1718 GPC BLM <br><br> JOINT MOTION FOR A CONTINUANCE OF THE AUGUST 23, 2013, HEARING <br><br> <u>Lodged Under Separate Cover</u> <br><br> [PROPOSED] ORDER REGARDING CONTINUANCE <br><br> Hon. Gonzalo P. Curiel <br><br> Assigned to Magistrate Judge Barbara Lynn <br><br> Date: August 23, 2013 <br> Time: 1:30 p.m. <br> Courtroom: 2D |

1  MICHAEL R. BROWN, APC
   Michael R. Brown, Esq. (SBN 65324)
2  18101 Von Karman Avenue, Suite 1940
   Irvine, California 92612
3  Tel.: (949) 435-3888
   Fax: (949) 435 3801
4
   LAW OFFICE OF JEFFREY D. POINDEXTER
5  Jeffrey D. Poindexter, Esq. (SBN 167854)
   2580 Catamaran Way
6  Chula Vista, CA 91914
   Tel.: (619) 271-2382
7
   *Attorneys for Plaintiff RICHARD M. HORN*
8  *and all others similarly situated*

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Pursuant to Local Rule 7.2, Plaintiffs Richard M. Horn and Maria Gurevich |
| 2 | ("Plaintiffs") and Defendant Bank of America, N.A. ("Defendant" and collectively |
| 3 | with Plaintiffs, the "Parties"), hereby submit this stipulation and joint motion. |
| 4 | WHEREAS, the Parties conducted productive mediation sessions before JAMS' |
| 5 | mediator, retired Justice John H. Trotter, on May 29, June 24, and July 31, 2013, in an |
| 6 | attempt to settle this case; |
| 7 | WHEREAS, at the last mediation session, the Parties made meaningful progress |
| 8 | toward reaching a settlement and accordingly are preparing a non-binding term sheet |
| 9 | outlining the principal terms of a potential, yet conditional, settlement; |
| 10 | WHEREAS, based on the mediator's availability, the parties have scheduled a |
| 11 | mediation session for August 28, 2013, to attempt to finalize terms of a settlement and |
| 12 | to engage in additional settlement discussions, as necessary; |
| 13 | WHEREAS, an August 23, 2013, hearing is scheduled before this Court on |
| 14 | Defendant's motion to dismiss Plaintiffs' First Amended Complaint and on Plaintiffs' |
| 15 | motion for declaratory judgment and/or injunctive relief; and |
| 16 | WHEREAS, the Parties, with the Court's permission, seek to continue the |
| 17 | August 23, 2013 hearing to a later date to accommodate the forthcoming mediation |
| 18 | session and further settlement discussions; |
| 19 | NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the |
| 20 | parties hereto, through their undersigned counsel, that: |
| 21 | With the Court's approval, the parties agree that the hearing on Defendant's |
| 22 | motion to dismiss and Plaintiffs' motion for declaratory and injunctive relief |
| 23 | scheduled for Friday, August 23, 2013, should be continued to Friday, October 18, |
| 24 | 2013, to permit the parties to continue settlement discussions with the assistance of |
| 25 | mediator Justice Trotter. |
| 26 | |
| 27 | |
| 28 | |

1     IT IS SO STIPULATED.

3 DATED: August 14, 2013

                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                      By:      */s/ Peter B. Morrison*
                              Peter B. Morrison
                      Attorneys for Defendant Bank of America, N.A.

                      MORRIS POLICH & PURDY LLP

                      By:      */s/ David J. Vendler*
                              David J. Vendler
               Attorneys for Plaintiffs and all others similarly situated

                      MICHAEL R. BROWN, APC

                      By:      */s/ Michael R. Brown*
                             Michael R. Brown
             Attorneys for Plaintiffs and all others similarly situated

                      LAW OFFICE OF JEFFREY D. POINDEXTER

                      By:      */s/ Jeffrey D. Poindexter*
                             Jeffrey D. Poindexter
             Attorneys for Plaintiffs and all others similarly situated