# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

| | |
|---|---|
| RICHARD M. HORN, an individual and as Trustee of the Richard M. Horn Trust Dated June 16, 2003, and MARIA GUREVICH, fka Mary Bordetsky, an individual, on behalf of themselves, and on behalf of the class of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>BANK OF AMERICA, N.A., a national banking association<br><br>　　　　　　　　Defendant. | CASE NO. 3:12 cv-1718-GPC-BLM<br><br>**ORDER GRANTING JOINT MOTION TO TAKE NOVEMBER 22, 2013 HEARING OFF CALENDAR**<br><br><br>[ECF NO. 50] |

/ / /

/ / /

Having reviewed the parties' Joint Notice of Agreement in Principle to Settle the Action and Joint Motion to Take the November 22, 2013 Hearing off Calendar, (ECF No. 50), the Court hereby **GRANTS** the Joint Motion.  Accordingly, Defendant's Motion to Dismiss, (ECF No. 25), is **DENIED WITHOUT PREJUDICE**.  Plaintiff's Motion for Declaratory and Injunctive Relief, (ECF No. 26), along with Defendant's Ex Parte Motion to Strike, (ECF No. 35), are **DENIED WITHOUT PREJUDICE**.  Should the parties be unable to finalize their settlement, they may re-file the aforementioned motions notwithstanding any issues of timeliness.  The hearing on Defendant's Motion to Dismiss and Plaintiff's Motion for Declaratory and Injunctive Relief, currently set for **November 22, 2013**, is **VACATED**.

The parties shall file their anticipated motion for preliminary approval of class action settlement on or before **December 13, 2013**.  The parties are instructed to call the undersigned's chambers on the day they intend to file their motion for preliminary approval to obtain a hearing date for said motion.

**IT IS SO ORDERED.**

DATED:     November 14, 2013

HON. GONZALO P. CURIEL
United States District Judge