MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Tel.:  (213) 417-5100
Fax:   (213) 488-1178

MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
18101 Von Karman Avenue, Suite 1940
Irvine, California 92612
Tel.:  (949) 435-3888
Fax:   (949) 435 3801

LAW OFFICE OF JEFFREY D. POINDEXTER
Jeffrey D. Poindexter, Esq. (SBN 167854)
2534 State Street, Suite 306
San Diego, CA 92101
Tel.:  (619) 271-2382
Fax:   (619) 568-3801

Attorneys for Plaintiffs RICHARD M. HORN,
and MARIA GUREVICH,
and all others similarly situated

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. HORN, an individual and as Trustee of the Richard M. Horn Trust Dated June 16, 2003, and Maria Gurevich, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a National Banking Association,<br><br>Defendant. | CASE NO.: 12 CV1718 CAB BLM<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>The Hon. Gonzalo P. Curiel<br><br>Assigned to: Magistrate Judge Barbara Lynn Major<br><br>Date: January 10, 2014<br>Time: 1:30 p.m.<br>Ctrm.: "2D" |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 10, 2014 at 1:30 pm, or as soon thereafter as the matter may be heard before Honorable Gonzalo P. Curiel in Courtroom 2D of the United States District Court, Southern District of California, located at 221 West Broadway, San Diego, CA 92101, plaintiffs Richard Horn and Maria Gurevich (collectively, "plaintiffs" or Named Representatives"), individually and as class representatives, will and hereby do move the Court, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for an Order: (1) granting conditional certification of two classes for settlement purposes only, as defined below; (2) granting preliminary approval of the proposed settlement memorialized in the Settlement Agreement and Release filed herewith, including the proposed drafts of the "Class Notice" and "Claim Form" as attached to the Settlement Agreement and Release; (3) authorizing the proposed mechanism for providing notice to the settlement classes; (4) preliminarily approving the Named Representatives' attorneys as class counsel; (5) preliminarily appointing the Named Representatives as class representatives and (6) setting a hearing date on final approval of the Settlement Agreement and Release.

Defendant Bank of America, N.A. ("BANA") joins the Named Representatives in requesting the Court grant the above relief while maintaining its denial of all liability for the claims made by the Named Representatives in their operative complaint and without agreeing with, or conceding to, any of the arguments contained in the motion.

This motion is made on the grounds that: (1) all requirements for certification of a class action solely for settlement purposes are met; (2) the settlement is in the best interest of Class Members; (3) the proposed Class Notice will fairly apprise Class Members of the terms of the settlement; (4) the Named Representatives have no conflict with the class and their attorneys are "adequate" in that they are experienced in complex class action litigation and have zealously

and adequately represented the interests of the Class Members and (5) the proposed time table for mailing the Class Notice, receiving Claim Forms, lodging objections to the terms of the settlement, requesting exclusion from the Class and holding a hearing regarding final approval of the settlement is reasonable and appropriate.

Attached as Exhibit "A" to the Declaration of David J. Vendler submitted herewith are the Stipulation of Settlement and Settlement Agreement with BANA which forms the main basis of this motion. This motion is also based on this notice of motion and memorandum of points and authorities, the declarations of Richard Michael R. Brown, Jeffrey Poindexter, Richard Horn, Maria Gurevich, and John J. D'Andrea, Ph.D., the complete files and records in this action, and any oral argument or further evidence allowed by the Court. A proposed Order is also being submitted herewith.

Dated: December 13, 2013    Respectfully submitted,

By: _____/s/ David J. Vendler_____

DAVID J. VENDLER, ESQ.
dvendler@mpplaw.com
**MORRIS POLICH & PURDY LLP**
1055 West Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178

MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
mbrown@mrbapclaw.com
18101 Von Karman Avenue, Suite 1940
Irvine, California 92612
Tel.: (949) 435-3888
Fax: (949) 435 3801

LAW OFFICE OF JEFFREY D. POINDEXTER
Jeffrey D. Poindexter, Esq. (SBN 167854)
Jeffrey@jdpoindexterlaw.com
2534 State Street, Suite 306
San Diego, CA 92101
Tel.: (619) 271-2382
Fax: (619) 568-3801

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

|  |  |
|---|---|
| 1 | Attorneys for Plaintiffs RICHARD M. |
| 2 | HORN, and MARIA GUREVICH, and all others similarly situated |

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
## PROOF OF SERVICE

RICHARD M. HORN, et al. v. BANK OF AMERICA, N.A.
Case No. 13-CV-1718-GPC-BLM

I, the undersigned, an employee of Morris Polich & Purdy LLP, located at 1055 West Seventh Street, 24th Floor, Los Angeles, California, 90017, declare under penalty of perjury that I am over the age of eighteen (18) and not a party to this matter, action or proceeding.

On November 27, 2013, I served the following document(s), described as:

**PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

in this action by placing ☐ the original of the document; ☒ true copies of the document in separate sealed envelopes addressed to the following party(ies) in this matter at the following address(es):

Peter B. Morrison
peter.morrison@skadden.com
Carl Alan Roth
carl.roth@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, CA 90071-3114
Phone:   (213) 687-5000
Fax:       (213) 687-5600

☐ **BY U.S. MAIL** I deposited such envelope in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid.
I am readily familiar with Morris Polich & Purdy's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☒ **BY COURT'S CM/ECF SYSTEM**  Pursuant to the Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF system, which send notification of that filing to the person(s) listed above.

☐ **BY E-MAIL**  I caused the above-referenced document to be transmitted via e-mail to the parties as listed on this Proof of Service.

☐ **BY FEDERAL EXPRESS**  I am familiar with the firm's practice of collecting and processing correspondence for delivery via Federal Express.  Under that practice, it would be picked up by Federal Express on that same day at Los Angeles, California and delivered to the parties as listed on this Proof of Service the following business morning.

☐ **BY FACSIMILE**  I caused the above-referenced document to be transmitted via facsimile to the parties as listed on this Proof of Service.

☒ **FEDERAL**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on December 13, 2013, at Los Angeles, California.

_____
Mineeh P. Lapid