

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Horn, et al

                      **Plaintiff,**

      V.

Bank of America, N.A.

                      **Defendant.**

FILED
02/28/2014
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:  S. Melvin , Deputy

Civil No.  12-cv-1718-GPC-BLM

**STRICKEN DOCUMENT:**

OBJECTION to Proposed Settlement
by Susan House

**Per Order #   65**

79