MORRIS POLICH & PURDY LLP
David J. Vendler, Esq. (SBN 146528)
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Tel.: (213) 417-5100
Fax: (213) 488-1178

MICHAEL R. BROWN, APC
Michael R. Brown, Esq. (SBN 65324)
18101 Von Karman Avenue, Suite 1900
Irvine, California 92612
Tel.: (949) 435-3888
Fax: (949) 435 3801

LAW OFFICE OF JEFFREY D. POINDEXTER
Jeffrey D. Poindexter, Esq. (SBN 167854)
2534 State Street, Suite 306
San Diego, CA 92101
Tel.: (619) 271-2382
Fax: (619) 568-3801

Attorneys for Plaintiffs RICHARD M. HORN, MARIA GUREVICH, and all others similarly situated

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

RICHARD M. HORN, an individual and as Trustee of the Richard M. Horn Trust Dated June 16, 2003 on behalf of himself and all others similarly situated,

Plaintiff,

vs.

BANK OF AMERICA, N.A., a National Banking Association,

Defendant.

CASE NO.: 12-CV-1718-GPC-BLM

**PLAINTIFFS' SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER IN OPPOSITION TO THE OBJECTION OF SUSAN HOUSE TO PROPOSED SETTLEMENT**

Date: April 11, 2014
Time: 1:30 p.m.
Courtroom 2D
Honorable Gonzalo P. Curiel

Assigned to Magistrate Judge Barbara Lynn Major

# DECLARATION OF DAVID J. VENDLER

I, David J. Vendler, hereby declare and say as follows:

1. I am an attorney duly licensed to practice in all of the federal and state courts of California and Massachusetts. I am a partner in the law firm of Morris Polich & Purdy LLP, one of the law firms of record for plaintiffs herein. I have personal knowledge of the facts set forth herein and if called to testify thereto, I could and would do so competently.

2. On March 7, 2014, in the case *In Re Netflix Privacy Litigation*, Case No. 5:11-cv-00379 EJD, Katherine Strohlein, the purported objector represented by Mr. Palmer, filed a declaration in which she stated that her name had been used without her knowledge or consent by Mr. Palmer to lodge an objection to the class action settlement reached in that case. This information was included in plaintiffs' opposition to Ms. House's objection.

3. After plaintiffs filed their opposition, on March 20, 2014, Mr. Palmer filed a notice with the 9th Circuit Court of Appeals withdrawing his clients' objections to the *Netflix* case. This was presumably done in response to the declaration of Ms. Strohlein, his supposed "client."

4. A true and correct copy of Mr. Palmer's motion to dismiss the appeal he filed in the *Netflix* case and the Ninth Circuit's order granting the dismissal are attached hereto as Exhibits "A" and "B."

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this declaration was executed at Los Angeles, California on this 27th day of March, 2014.

David J. Vendler, *Declarant*

# Exhibit "A"

NO: 13-17611

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

---

IN RE: NETFLIX PRIVACY LITIGATION

---

JEFF MILANS; PETER COMSTROCK, individually and on behalf of all others similarly situated; THE SETTLEMENT CLASS,

Plaintiffs-Appellees
vs.
NETFLIX, INC., a Delaware corporation,

Defendant-Appellee,

---

ANDREW CESARE; KATHERINE STROHLEIN; WILLIAM FORD; DENIS BONO and JUDITH MALLORY
Objectors-Appellants

---

From the United States District Court
for the Northern District of California, San Jose
No. 5:11-cv-00379-EJD

---

**MOTION FOR VOLUNTARY DISMISSAL**

---

Joseph Darrell Palmer, LL.M.
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
(858) 215-4064 Ph / (866) 583-8115 Fax
Email: darrell.palmer@palmerlegalteam.com
Attorneys for Appellants Andrew Cesare, Katherine Strohlein, William Ford, Denis Bono and Judith Mallory

Andrew Cesare, Katherine Strohlein, William Ford, Denis Bono and Judith Mallory request dismissal under Federal Rule of Appellate Procedure 42(b). Appellants no longer desire to pursue this appeal and request costs be taxed against the party incurring them. All parties have been informed of this motion.

DATED: March 20, 2014

LAW OFFICES OF DARRELL PALMER PC

By: /s/ Joseph Darrell Palmer
Joseph Darrell Palmer

Counsel for Appellants Andrew Cesare, Katherine Strohlein, William Ford, Denis Bono and Judith Mallory

**CERTIFICATE OF SERVICE**

I certify participants who are registered CM/ECF users they will be served by the CM/ECF system on March 20, 2014.

/s/ Joseph Darrell Palmer

# Exhibit “B”

FILED

MAR 25 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

In re: NETFLIX PRIVACY LITIGATION,

---

JEFF MILANS; et al.,

Plaintiffs - Appellees,

ANDREW CESARE; et al.,

Objectors - Appellants,

v.

NETFLIX, INC., a Delaware corporation,

Defendant - Appellee.

No. 13-17611

D.C. No. 5:11-cv-00379-EJD
Northern District of California, San Jose

ORDER

The appellants' motion for voluntary dismissal of this appeal under Fed. R. App. P. 42(b) is granted.

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:
MOLLY C. DWYER
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

Cag/03/24/14/Pro Mo

*Richard M. Horn v. Bank of America, N.A.*
USDC, Southern District of California
Case No. 12-CV-1718-GPC-BLM

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action.

On March 27, 2014, pursuant to the Court's Electronic Filing System, I submitted an electronic version of the following document(s) via file transfer protocol to ECF (Electronic Case Filing):

**PLAINTIFFS' SUPPLEMENTAL DECLARATION OF DAVID J. VENDLER IN OPPOSITION TO THE OBJECTION OF SUSAN HOUSE TO PROPOSED SETTLEMENT**

and true copies of these documents were served electronically upon all counsel of record by the Court's CM/ECF System, or if such service is not authorized, by first class mail, in accordance with Rule 5 of the Federal Rules of Civil Procedure.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 27, 2014, at Los Angeles, California.

Mineeh P. Lapid