

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard M. Horn; Maria Gurevich; | Civil Action No. 12-cv-1718-GPC-BLM |
| **Plaintiff,** | |
| V. | |
| Bank of America, N.A. | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Parties' Settlement having been finally approved, all claims and parties to this action are Dismissed With Prejudice, with each Party to bear its own attorney fees and costs except as provided herein. Class Counsel is awarded $10,500,000.00 in attorney fees and nothing further. Plaintiffs are each awarded $25,000.00 in incentive payments and nothing further. The Parties are directed to implement the Settlement Agreement in accordance with its terms. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

Date: 4/14/14

CLERK OF COURT
JOHN MORRILL, Acting Clerk of Court
By: s/ S. Melvin
S. Melvin, Deputy