Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorney for Objector Susan House

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. HORN, an individual and as Trustee of the Richard M. Horn Trust Dated June 16, 2003, and MARIA GUREVICH, fka Mary Bordetsky, an individual, on behalf of themselves, and on behalf of the class of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>Defendant. | Case No. 3:12-cv-1718-GPC-BLM<br><br>**AMENDED NOTICE OF APPEAL** |

    Notice is given that Susan House ("Objector") appeals to the United States Court of Appeal for the Ninth Circuit from the April 14, 2014 order granting final approval to the class action settlement and awarding attorney fees and striking her objection, [Doc 79] and from the clerk's judgment. [Doc 80]

April 14, 2014

/s/ Joseph Darrell Palmer
Attorney for Susan House

**CERTIFICATE OF SERVICE**

I certify that on April 14, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system and that all parties will be served by the USDC CM/ECF system.

\_\_\_/s/ Darrell Palmer\_\_\_\_