# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

[ Reset Form ]  [ Print Form ]

## TRANSCRIPT DESIGNATION AND ORDERING FORM

14-55592
**U.S. COURT OF APPEALS CASE NUMBER**

3:12-cv-01718-GPC-BLM
**U.S. DISTRICT COURT CASE NUMBER**

Horn v Bank of America
**SHORT CASE TITLE**

4/14/2014
**DATE NOTICE OF APPEAL FILED BY CLERK OF DISTRICT COURT**

**SECTION A** - TO BE COMPLETED BY PARTY ORDERING TRANSCRIPT

| HEARING DATE | COURT REPORTER/ MAGISTRATE JUDGE | PROCEEDINGS |
|---|---|---|
| 4/11/14 | Chari L. Possell | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☒ Other (Please Specify) Fairness Hearing |
|  |  | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |
|  |  | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |
|  |  | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |
|  |  | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |
|  |  | ☐ Voir Dire ☐ Opening Statements ☐ Settlement Instructions ☐ Closing Arguments ☐ Jury Instructions ☐ Pre-Trial Proceedings ☐ Other (Please Specify) |

**ATTACH ADDITIONAL PAGE FOR DESIGNATIONS, IF NECESSARY**

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☒ As retained counsel (or litigant in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within five (5) days hereof, will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

**NAME, ADDRESS AND TELEPHONE NUMBER:**

Joseph Darrell Palmer
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad CA 92008
858-215-4064

**DATE TRANSCRIPT ORDERED:** 6/2/2014

/s/ Joseph Darrell Palmer
**SIGNATURE**
ATTORNEY/PRO PER LITIGANT

THIS FORM IS DIVIDED INTO FIVE (5) PARTS. IT SHOULD BE USED TO COMPLY WITH THE FEDERAL RULES OF APPELLATE PROCEDURE AND THE LOCAL RULES OF THE U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT REGARDING THE DESIGNATION AND ORDERING OF COURT REPORTERS' TRANSCRIPTS.

PLEASE NOTE THE SPECIFIC INSTRUCTIONS BELOW. IF THERE ARE FURTHER QUESTIONS, CONTACT THE CLERK'S OFFICE, U.S. DISTRICT COURT AT (619) 557-6368

## SPECIFIC INSTRUCTIONS FOR ATTORNEYS/PRO PER LITIGANTS

1. Pick up form from District Court Clerk's Office when filing the notice of appeal.
2. Complete **Section A**. Place additional designations on blank paper, if needed.
3. Send **Copy One** to District Court.
4. Send **Copy Four** to opposing counsel. Make additional photocopies, if necessary.
5. Send **Copy Two** and **Copy Three** to court reporter. Contact court reporter to make further arrangements for payment.
6. Continue to monitor progress of transcript preparation.

## TRANSCRIPT DESIGNATION AND ORDERING FORM

A-9 (08/97) CA9-036(10/01/82)                                    COPY ONE

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 2, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Southern District of California by using the USDC CM/ECF system.

       I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.


       /s/ Joseph Darrell Palmer  
       Joseph Darrell Palmer  
       Attorney for Objector