FILED

JUN 12 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RICHARD M. HORN, an individual and as Trustee of the Richard M. Horn Trust Dated June 16, 2003, on behalf of himself and all other similarly situated and MARIA GUREVICH, an individual, on behalf of herself, and on behalf of the class of all others similarly situated,<br><br>    Plaintiffs - Appellees,<br><br>SUSAN HOUSE,<br><br>    Objector - Appellant,<br><br>  v.<br><br>BANK OF AMERICA, N.A., a national banking association,<br><br>    Defendant - Appellee. | No. 14-55592<br><br>D.C. No. 3:12-cv-01718-GPC-BLM<br>Southern District of California, San Diego<br><br><br>ORDER |

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT


By: Peter W. Sherwood
Circuit Mediator

PWS/Mediation